```
 1  MARK J. JACOBS, Bar No. 208945
    mjacobs@laborlawyers.com
 2  RYAN D. WHEELER, Bar No. 268353
    rwheeler@laborlawyers.com
 3  FISHER & PHILLIPS LLP
    2050 Main Street, Suite 1000
 4  Irvine, California 92614
    Telephone (949) 851-2424
 5  Facsimile  (949) 851-0152

 6  Attorneys for Defendant
    APRES SYSTEMS, INC. dba ETFILE
 7
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| LINDA TAJIK, | Case No. 8:11-cv-01913-FMO-RNB |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT |
| APRES SYSTEMS, INC. dba ETFILE, | |
| Defendant. | |

Based upon the joint stipulation between Plaintiff, through her attorneys of record, and Defendant, through its respective counsel of record, the Court finds that:

The Joint Stipulated Protective Order and Confidentiality Agreement **(docket entry # 29)** is approved.

**IT IS SO ORDERED**.

DATED: April 11, 2013

_____
Robert N. Block
U.S. Magistrate Judge

---

[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER
**Error! Unknown document property name.**